**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA : No. 24 MM 2023
:
:
v. :
:
:
TERRY LEE FORTSON JR. :
:
:
PETITION OF: ASHLEY E. SMITH, :
ESQUIRE :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of June, 2023, upon consideration of the Application for Leave to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Juniata County to determine whether to grant Attorney Ashley E. Smith leave to withdraw. In the event the court permits Attorney Smith to withdraw, the court is to resolve any other related questions, including whether to appoint new counsel or to permit Terry Lee Fortson Jr. to proceed *pro se*.

     The Court of Common Pleas of Juniata County is DIRECTED to enter its order on remand within 90 days and to promptly notify this Court of its determination.

     Attorney Smith is reminded that counsel's duty of representation continues through allocatur review and precludes counsel from withdrawing absent leave of court. *See* Pa.R.Crim.P. 120 and 122.